[No. 19167-2-III.   Division Three.   January 11, 2001.]

GEORGINA M. HONE, ET AL., *Appellants*, v. LEON T. CARLSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 98-2-00287-8, Michael E. Cooper, J., entered February 14, 2000. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Kato, JJ.

[No. 19389-6-III.   Division Three.   January 11, 2001.]

*In the Matter of the Marriage of* PATRICIA G. SHUTT, *Respondent*, and ROD L. SHUTT, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 98-3-00611-9, John Hotchkiss, J., entered May 15, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 23805-5-II.   Division Two.   January 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE LAWRENCE THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-1-00277-8, James D. Ladley, J., entered September 9, 1998. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Morgan and Bridgewater, JJ.

[Nos. 23890-0-II; 24011-4-II.   Division Two.   January 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY ENRICO HAMILTON, *Appellant*.
THE STATE OF WASHINGTON, *Respondent*, v. ANDREW LEE ROWE, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 97-1-02412-1 and 97-1-02070-2, Rosanne Buckner, J., entered October 8 and November 5, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Morgan, J.